1 | MARK WAECKER (#81375)
2 | LAW OFFICES OF MARK WAECKER
  | A Professional Corporation
3 | 300 South Grand Avenue, 24TH Floor
  | Los Angeles, California 90071
4 | Telephone:   (213) 955-4500
  | Facsimile:    (213) 955-4560
5 |
6 | Attorneys for Defendant, DONALD LOYA
7 |

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: CR 05-00668(A) - MMM |
|---|---|
| Plaintiff, | ) **ORDER GRANTING DEFENDANT DONALD LOYA'S MOTION TO UNSEAL HIS GUILTY PLEA TRANSCRIPT (~~PROPOSED~~)** |
| vs. | |
| DONALD LOYA, | |
| Defendant. | |

## ORDER

Based upon the foregoing stipulation:

**IT IS ORDERED** that the court reporter Mark Schweitzer prepare one copy of the transcript of Defendant Loya's guilty plea made on December 21, 2006 and provide it directly to defense counsel Mark Waecker, attorney for defendant Donald Loya.

DATED: May 20, 2008                    _Margaret M. Morrow_
                                        HON. MARGARET M. MORROW

LAW OFFICES OF MARK WAECKER, APC
300 SOUTH GRAND AVE.
24TH FLOOR
LOS ANGELES
CALIFORNIA 90071

1
**STIPULATION AND ORDER**